EXHIBIT "A"   FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 04-15916   AJC   Judge: A. JAY CRISTOL | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|
| Case Name: | DE MIGUEL III, CARLOS MIGUEL | Date Filed (f) or Converted (c): | 06/22/04 (f) |
|  |  | 341(a) Meeting Date: | 08/12/04 |
| For Period Ending: | 09/30/06 | Claims Bar Date: | 01/22/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMPUTER EQUIPMENT | 800.00 | 800.00 |  | 800.00 | FA |
| 2. CASH ON HAND | 900.00 | 450.00 |  | 450.00 | FA |
| 3. BANK OF AMERICA - CHECKING ACCOUNT | -1,592.47 | 0.00 | DA | 0.00 | FA |
| 4. FLORIDA POWER AND LIGHT - DEPOSIT | 350.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 5. VARIOUS ECONOMIC AND FINANCE TEXTBOOKS | 250.00 | 250.00 |  | 250.00 | FA |
| 6. CASUAL CLOTHS, TWO SUITS, TIES | 300.00 | 300.00 |  | 450.00 | FA |
| 7. FIREARMS | 950.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption |  |  |  |  |  |
| 8. 2002 TAX REFUND | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. OFFICE EQUIPMENT, FURNISHINGS | 450.00 | 450.00 |  | 300.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 18.44 | Unknown |
| TOTALS (Excluding Unknown Values) | $ 2,407.53 | $ 2,250.00 |  | $ 2,268.44 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 14, 2006   Summary of Trustee's Counsel's First and Final Fee Application.

September 18, 2006  Trustee to prepare and file TFR.

Initial Projected Date of Final Report (TFR): 12/31/05      Current Projected Date of Final Report (TFR): 12/30/06

LFORM1                                                                                                                                                   Ver: 11.70a

EXHIBIT "A"    FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 04-15916    AJC    Judge: A. JAY CRISTOL | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Case Name: | DE MIGUEL III, CARLOS MIGUEL | Date Filed (f) or Converted (c): | 06/22/04 (f) |
| | | 341(a) Meeting Date: | 08/12/04 |
| | | Claims Bar Date: | 01/22/05 |

_____    Date: _____

MARCIA T. DUNN, TRUSTEE

LFORM1    Ver: 11.70a

EXHIBIT "B"   FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-15916 -AJC | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|
| Case Name: | DE MIGUEL III, CARLOS MIGUEL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7845  Money Market Account |
| Taxpayer ID No: | *******0004 | | |
| For Period Ending: | 09/30/06 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/04 | 1 | CARLOS DE MIGUEL III | ORDER APPROVING STIPULATION FOR PURCHASE DATED 11/29/04. CP# 16 | 1129-000 | 150.00 | | 150.00 |
| * 11/22/04 | 1 | CARLOS DE MIGUEL III | NSF | 1129-003 | 150.00 | | 300.00 |
| 11/30/04 | 10 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.01 | | 300.01 |
| * 12/02/04 | 1 | CARLOS DE MIGUEL III | CANCEL DEPOSIT #2 FOR NSF CHECK | 1129-003 | -150.00 | | 150.01 |
| 12/10/04 | 1 | CARLOS MIGUEL DE MIGUEL III  8635 SW 119 ST  MIAMI, FL  33156 | ORDER APPROVING STIPULATION FOR PURCHASE DATED 11/29/04. CP# 16  REPLACEMENT CHECK FOR D.2 | 1129-000 | 150.00 | | 300.01 |
| 12/10/04 | 1 | CARLOS DE MIGUEL III | ORDER APPROVING STIPULATION FOR PURCHASE DATED 11/29/04. CP# 16 | 1129-000 | 150.00 | | 450.01 |
| 12/31/04 | 10 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.03 | | 450.04 |
| 01/31/05 | 10 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.04 | | 450.08 |
| 02/07/05 | 1 | CARLOS DE MIGUEL III | ORDER APPROVING STIPULATION FOR PURCHASE DATED 11/29/04. CP# 16 | 1129-000 | 150.00 | | 600.08 |
| 02/24/05 | 1 | CARLOS DE MIGUEL III | ORDER APPROVING STIPULATION FOR PURCHASE DATED 11/29/04. CP# 16 | 1129-000 | 150.00 | | 750.08 |
| 02/28/05 | 10 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.11 | | 750.19 |
| 03/31/05 | 10 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.16 | | 750.35 |
| * 04/14/05 | 1 | CARLOS DE MIGUEL III | ORDER APPROVING STIPULATION FOR PURCHASE DATED 11/29/04. CP# 16 | 1129-003 | 150.00 | | 900.35 |
| * 04/25/05 | 1 | CARLOS DE MIGUEL III | RETURN FOR NSF | 1129-003 | -150.00 | | 750.35 |
| 04/29/05 | 10 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.16 | | 750.51 |
| 05/11/05 | 1, 2 | CARLOS MIGUEL DE MIGUEL III  8635 SW 119 ST  MIAMI, FL  33156 | ORDER APPROVING STIPULATION FOR PURCHASE DATED 11/29/04. CP# 16  PROPERTY#1  $ 50.00  PROPERTY#2  $100.00 | 1129-000 | 150.00 | | 900.51 |
| 05/31/05 | 10 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.22 | | 900.73 |
| 06/07/05 | 2 | CARLOS MIGUEL DE MIGUEL III | ORDER APPROVING STIPULATION FOR | 1129-000 | 150.00 | | 1,050.73 |

Page Subtotals      1,050.73      0.00

Ver: 11.70a

LFORM24

EXHIBIT "B"    FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-15916 -AJC | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|
| Case Name: | DE MIGUEL III, CARLOS MIGUEL | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******7845  Money Market Account |
| Taxpayer ID No: | *******0004 |  |  |
| For Period Ending: | 09/30/06 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | 8635 SW 119 ST<br>MIAMI, FL  33156 | PURCHASE DATED 11/29/04. CP# 16 |  |  |  |  |
| 06/07/05 | 2 | CARLOS MIGUEL DE MIGUEL III<br>8635 SW 119 ST<br>MIAMI, FL  33156 | ORDER APPROVING STIPULATION FOR PURCHASE DATED 11/29/04. CP# 16<br>CHCK WAS REDEPOSITED ON 04/20/05. | 1129-000 | 150.00 |  | 1,200.73 |
| 06/30/05 | 10 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.24 |  | 1,200.97 |
| 07/12/05 | 2, 5 | CARLOS MIGUEL DE MIGUEL III<br>8635 SW 119 ST<br>MIAMI, FL  33156 | ORDER APPROVING STIPULATION FOR PURCHASE DATED 11/29/04. CP# 16<br><br>PROPERTY #2  $50.00<br>PROPERTY #5 $150.00 | 1129-000 | 150.00 |  | 1,350.97 |
| 07/29/05 | 10 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.26 |  | 1,351.23 |
| 08/22/05 | 5 | CARLOS MIGUEL DE MIGUEL III<br>8635 SW 119 ST<br>MIAMI, FL  33156 | ORDER APPROVING STIPULATION FOR PURCHASE DATED 11/29/04. CP# 16 | 1129-000 | 150.00 |  | 1,501.23 |
| 08/22/05 | 6 | CARLOS MIGUEL DE MIGUEL III<br>8635 SW 119 ST<br>MIAMI, FL  33156 | ORDER APPROVING STIPULATION FOR PURCHASE DATED 11/29/04. CP# 16 | 1129-000 | 150.00 |  | 1,651.23 |
| 08/31/05 | 10 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 0.74 |  | 1,651.97 |
| 09/30/05 | 10 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 0.81 |  | 1,652.78 |
| 10/31/05 | 10 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 0.84 |  | 1,653.62 |
| 11/30/05 | 10 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 0.82 |  | 1,654.44 |
| 12/30/05 | 10 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 0.84 |  | 1,655.28 |
| 01/31/06 | 10 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 0.85 |  | 1,656.13 |
| 02/28/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 1.18 |  | 1,657.31 |
| 03/31/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 1.41 |  | 1,658.72 |
| 04/28/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 1.36 |  | 1,660.08 |
| 05/31/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 1.41 |  | 1,661.49 |
| 06/09/06 | 6, 9 | CARLOS MIGUEL DE MIGUEL III | ORDER APPROVING STIPULATION FOR | 1129-000 | 300.00 |  | 1,961.49 |

Page Subtotals    910.76    0.00

Ver: 11.70a

LFORM24

EXHIBIT "B"    FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-15916 -AJC | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|
| Case Name: | DE MIGUEL III, CARLOS MIGUEL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7845  Money Market Account |
| Taxpayer ID No: | *******0004 | | |
| For Period Ending: | 09/30/06 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 7754 SW 193 Street | PURCHASE DATED 11/29/04. CP# 16 | | | | |
| | | MIAMI, FL  33157 | PROPERTY #6 $150.00 | | | | |
| | | | PROPERTY #9 $150.00 | | | | |
| 06/30/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 1.50 | | 1,962.99 |
| 07/25/06 | 6, 9 | CARLOS MIGUEL DE MIGUEL III | ORDER APPROVING STIPULATION FOR | 1129-000 | 300.00 | | 2,262.99 |
| | | 7754 SW 193 Street | PURCHASE DATED 11/29/04. CP# 16 | | | | |
| | | MIAMI, FL  33157 | PROPERTY #6 $150.00 | | | | |
| | | | PROPERTY #9 $150.00 | | | | |
| 07/31/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 1.69 | | 2,264.68 |
| 08/31/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 1.90 | | 2,266.58 |
| 09/29/06 | 10 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 1.86 | | 2,268.44 |

|  | COLUMN TOTALS | 2,268.44 | 0.00 | 2,268.44 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 2,268.44 | 0.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 2,268.44 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********7845 | 2,268.44 | 0.00 | 2,268.44 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,268.44 | 0.00 | 2,268.44 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        306.95        0.00

Ver: 11.70a

LFORM24