UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                     Case No. 04-15916-BKC-AJC
                                                                                           Chapter 7
**CARLOS MIGUEL DE MIGUEL III**
SS #XXX-XX-2

_____Debtor(s)_____/

**TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS**

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on March 28, 2007. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated:  March 29, 2007

MARCIA T. DUNN, Trustee
P.O. BOX 561507
MIAMI, FL  33256-1507
Telephone: (305) 275-2733
Telefax:  (305) 275-2732

EXHIBIT "C"

# FINAL DISTRIBUTION

Case Number: 04-15916    AJC  
Debtor Name: DE MIGUEL III, CARLOS MIGUEL  
Page 1  
Date: March 27, 2007

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $0.00 |
| | MARCIA T. DUNN, TRUSTEE COMPENSATION | Admin | | $568.06 | $568.06 | $0.00 | $0.00 | $0.00 |
| | MARCIA T. DUNN, TRUSTEE EXPENSES | Admin | | $14.23 | $14.23 | $0.00 | $0.00 | $0.00 |
| TAE | LYNN H. GELMAN, ESQ. 1450 MADRUGA AVENUE SUITE 302 CORAL GABLES, FL 33146 | Admin | 025 | $66.40 | $66.40 | $0.00 | $0.00 | $0.00 |
| TAF | LYNN H. GELMAN, ESQ. 1450 MADRUGA AVENUE SUITE 302 CORAL GABLES, FL 33146 | Admin | 025 | $1,470.00 | $1,470.00 | $0.00 | $0.00 | $0.00 |
| | Subtotals For Class Administrative  100.00 % | | | $2,118.69 | $2,118.69 | $0.00 | $0.00 | |
| 00001 | Don L Leasing c/o Sprechman & Associates 2775 Sunny Isles Blvd Ste 100 Miami FL 33160 | Unsec | 070 | $12,380.99 | $37.61 | $12,343.38 | $0.00 | $0.00 |
| 00002 | University of Pennsylvania 1760 Market St #600 Philadelphia PA 19103 | Unsec | 070 | $15,408.15 | $46.81 | $15,361.34 | $0.00 | $0.00 |
| 00003 | Intergrated Systems Group Markwoitz, Davis & Trusty 9130 S Dadeland Blvd. Suite 1225 Miami, FL 33156 | Unsec | 070 | $22,756.70 | $69.13 | $22,687.57 | $0.00 | $0.00 |
| | Subtotals For Class Unsecured  0.30 % | | | $50,545.84 | $153.55 | $50,392.29 | $0.00 | |

## EXHIBIT "C"
## FINAL DISTRIBUTION

Case Number: 04-15916    AJC  
Debtor Name: DE MIGUEL III, CARLOS MIGUEL

Page 2

Date: March 27, 2007

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $52,664.53 | $2,272.24 | $50,392.29 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 04-15916-LMI<br>Southern District of Florida<br>Miami<br>Tue Mar 27 14:03:50 EDT 2007 | Integrated Systems Group<br>c/o Michaelle G Paulson<br>9130 S Dadeland Blvd #1225<br>Miami, FL 33156 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Ste. 1204<br>Miami, FL 33130 |
| University Of Pennsylvania<br>c/o Edward L Berger Esq<br>1760 Market St #600<br>Philadelphia, PA 19103 | Carlos M De La Cruz SR.<br>3201 NW 72nd Avenue<br>Miami, FL 33122 | Don L Leasing<br>c/o Sprechman & Associates<br>2775 Sunny Isles Blvd Ste 100<br>Miami FL 33160 |
| Intergrated Systems Group<br>Markwoitz, Davis & Trusty<br>9130 S Dadeland Blvd.<br>Suite 1225<br>Miami, FL 33156 | Internal Revenue Service<br>51 SW 1st, Avenue<br>Miami, FL 33130 | Lynn H Gelman<br>1450 Madruga Ave #302<br>Coral Gables, FL  33146 |
| Medihub.com<br>Boies, Schiler & Flexner<br>Bruce Weil<br>100 SE 2nd Street Ste. 2800<br>Miami, FL 33131 | PHEAA<br>US Dept. of Education<br>1200 North 7th Street<br>Harrisburg, PA 17102 | University of Pennsylvania<br>1760 Market St #600<br>Philadelphia PA 19103 |
| University of Pennsylvania<br>3451 Walnut Street<br>Philadelphia, PA 19104 | Carlos Miguel De Miguel III<br>8635 SW 119 St<br>Miami, FL 33156 | Marcia T Dunn<br>POB 561507<br>Miami, FL 33256-1507 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Integrated Systems Group<br>c/o Michaelle G Paulson<br>9130 S Dadeland Blvd #1225<br>Miami, FL  33156 | (d)University Of Pennsylvania<br>c/o Edward L Berger Esq<br>1760 Market St #600<br>Philadelphia, PA  19103 |

End of Label Matrix
Mailable recipients   14
Bypassed recipients    3
Total                 17