1                UNITED STATES BANKRUPTCY COURT
                   SOUTHERN DISTRICT OF FLORIDA
2

3    IN RE:                      CASE NO. 04-15916-BKC-LMI

4    CARLOS MIGUEL DE MIGUEL,

5            Debtor.
     _____/
6

7    MOTION TO REOPEN CHAPTER 7 CASE FILED BY DEBTOR (52)

8

9                        October 23, 2008

10

11            The  above-entitled  cause  came  on  for

12   hearing before the  HONORABLE LAUREL MYERSON ISICOFF,

13   one  of  the judges of  the UNITED STATES  BANKRUPTCY

14   COURT,  in and  for the SOUTHERN DISTRICT OF FLORIDA,

15   at  299  East  Broward  Boulevard,  Fort  Lauderdale,

16   Broward   County,  Florida  on  October  23,  2008,

17   commencing at or about 9:30 a.m.,  and the following

18   proceedings were had:

19

20

21

22

23

24            Reported By:  Bonnie Tannenbaum

25

          OUELLETTE & MAULDIN COURT REPORTERS (305) 358-8875

```
 1

 2                     APPEARANCES:

 3

                    HALL LAMB & HALL, by
 4                   ADAM S. HALL, ESQUIRE
                  On behalf of the Debtor
 5

 6                   _   _   _   _   _   _   _

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          THE COURT:  All right.  Well, in that case,

2  let's start with Carlos Miguel De Miguel, 04-15916.

3          Appearances?

4        MR. HALL:  Good morning, Your Honor, Adam

5  Hall on behalf of the debtor, Carlos Miguel De

6  Miguel.

7          THE COURT:  Uh-huh?

8        MR. HALL:  I spoke with the trustee's

9  counsel.  She had no objection.  I just didn't know

10  if any creditor might show up, or not.

11          THE COURT:  Uh-huh.

12        MR. HALL:  We have a preliminary matter to

13  address before I could make the argument on the

14  motion to re-open which is --

15          THE COURT:  Well, you don't need to make

16  the argument.  I've reviewed the motion.  I've

17  reviewed the case law.  If there's anything else you

18  want to share with me, that's fine.

19          MR. HALL:  Yes, ma'am.

20          THE COURT:  Okay.

21        MR. HALL:  There's just one sort of a

22  procedural issue.  Given the timing of the

23  termination, it's important that if Your Honor grants

24  the motion to re-open, that the complaint be deemed

25  filed as of the date that we filed the motion to

OUELLETTE & MAULDIN COURT REPORTERS (305) 358-8875

1    re-open, because if the complaint were to be filed

2    today, or in the ordinary course, there could be a

3    statute of limitations problem.

4            However, as of the date that we filed the

5    motion to re-open, everything would have been timely.

6    It's in that one month --

7            THE COURT:  Uh-huh.

8            MR. HALL:  -- that passed since we filed

9    the motion, an argument could be raised, I don't know

10    if it will be, that there's a statute of limitations

11    issue.

12            So, I would ask Your Honor if you would

13    deem the complaint to be filed and relate it back to

14    the date that we filed the motion to re-open.

15            THE COURT:  I'm happy to do that, Mr. Hall,

16    but understand that because you're standing here

17    today unopposed because you have yet to serve the

18    complaint, any such ruling will be without prejudice

19    to the rights of the defendant to raise that issue

20    anew, okay?

21            MR. HALL:  I understand that, Judge, and

22    just for Your Honor's edification, we were aware that

23    this could be a problem --

24            THE COURT:  Uh-huh.

25            MR. HALL:  -- so we actually filed the

OUELLETTE & MAULDIN COURT REPORTERS (305) 358-8875

1    complaint --

2              THE COURT:  Okay.

3              MR. HALL:  -- over in District Court as

4    well, just in case.

5              THE COURT:  Okay.

6              MR. HALL:  Although I do think it's proper

7    to be here.

8              THE COURT:  I certainly have jurisdiction,

9    I believe, although I'll also say, although I find

10   the case law that you cited very compelling, and the

11   Alabama District Court case extremely well reasoned,

12   I'm going to grant your motion to re-open.  I will

13   grant your motion to have the complaint deemed filed

14   as of the date you filed the motion to re-open.

15             Having said that, I just want to make clear

16   that that's without prejudice to the defendant to

17   raise issues regarding statute of limitations,

18   relation back, and even jurisdiction.

19             MR. HALL:  Okay.

20             THE COURT:  They certainly should have the

21   opportunity to come in and try to convince me

22   otherwise, although having already looked at this

23   issue on a separate matter, I kind of sort of know

24   where I am on the issue, but they should certainly

25   have the right, once they're noticed, to come in and

OUELLETTE & MAULDIN COURT REPORTERS (305) 358-8875

1    raise those issues.

2              MR. HALL:  Thank you, Judge.

3              THE COURT:  Okay?

4              MR. HALL:  Should I prepare an order?

5              THE COURT:  Yes.  I don't know anybody else

6    who could do it.

7              MR. HALL:  Sometimes the Court --

8              THE COURT:  No, no, you go ahead.  Prepare

9    the order.  I'm also going to tell you I will be

10   granting your motion to appear pro hac vice.

11             MR. HALL:  Yes, ma'am.

12             THE COURT:  Notwithstanding your debt --

13   no, I'm just kidding.

14             MR. HALL:  There was a little bit of an

15   issue, and I think that where the order that we had

16   submitted ran afoul of the local rules, we didn't

17   designate a local counsel, and I've had this issue

18   appear before Judge Cristol and Judge Mark before,

19   and they basically said, you're here in Miami, you

20   don't really need one, and --

21             THE COURT:  Right.  We can waive the

22   requirement, and I'm certainly willing to waive it in

23   your case.

24             Having said that, you do know, Mr. Hall,

25   that having entered into the hallowed halls of the

1    Claude Pepper Federal Building, you'll be charged

2    with being familiar with the local rules.

3            MR. HALL:  Yes, ma'am, and just in case

4    that Your Honor didn't -- did not want to waive the

5    local rule, I did speak with Scott Orth, and he did

6    agree to appear as local counsel.

7            THE COURT:  It's not necessary.

8            MR. HALL:  Okay.

9            THE COURT:  It's not necessary, okay?

10           So, I'll go ahead and grant your motion.

11   Go ahead and prepare the order an have it uploaded,

12   okay, and please give my regards to your father.

13           MR. HALL:  I will.  Thank you, Judge.

14           (Thereupon, the hearing was concluded at

15   9:45 a.m.)

16

17

18

19

20

21

22

23

24

25

1

2                          CERTIFICATION

3

4    State of Florida:

5    County of Dade:

6

7              I, BONNIE TANNENBAUM, shorthand reporter

8    and notary  public  in  and  for the State of Florida

9    at Large,  do  hereby  certify   that  the  foregoing

10   proceedings  were  taken  before  me at the date and

11   place  as  stated  in  the caption hereto on Page 1;

12   that the foregoing computer-aided transcription is a

13   true record of  my  stenographic notes taken at said

14   proceedings.

15              WITNESS my hand this 7th day of November,

16   2008.

17

18              _____
                     BONNIE TANNENBAUM
19              Court Reporter and Notary Public
             in and for the State of Florida at Large
20              Commission Number:  DD 567145
                  Expires:  June 22, 2010
21

22

23

24

25